455 A.2d 200

Commonwealth v. Digiacomo, Appellant.

Petition for Allowance of Appeal
Denied May 18, 1983.

 Submitted November 8, 1982. Melvin L. Vatz, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.